UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARKEVIOUS JACKSON, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> OFFICER COLDIRON, ) <br> ) <br> Defendant ) | CAUSE NO. 3:06-CV-543 RM |

OPINION AND ORDER

Markevious Jackson, a *pro se* prisoner, submitted a motion for summary judgment. The defendant filed her response. Mr. Jackson did not file a reply and the time for doing so has now passed.

Mr. Jackson alleges that there are no material facts in dispute and that he should prevail on his claim that Officer Coldiron used excessive force against him when she conspired with his inmate attacker and did not protect him from attack on June 1, 2006. Terra Coldiron has submitted a declaration pursuant to 28 U.S.C. § 1746. She declares that, "I had no plan or intent to cause or permit any harm to offender Jackson." Declaration at ¶ 24, docket # 32-2. "I was not aware of any threat to the safety of offender Jackson." Declaration at ¶ 26, docket # 32-2.

Those statements create genuine issues of fact as to essential elements of his claims for excessive use of force and a failure to protect. For the foregoing reasons, the motion for summary judgment (docket # 22) is DENIED.

IT IS SO ORDERED.

ENTERED: February  21 , 2007

                                                 /s/ Robert L. Miller, Jr.   
                                              Chief Judge  
                                              United States District Court